IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MACARTHUR MASON, SR., <br><br> Plaintiff, <br><br> v. <br><br> CAMDEN COUNTY, <br><br> Defendant. | Civil Action <br> No. 16-7270 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff MacArthur Mason, Sr. seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**December 20, 2016**　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge